TAYLOR v. CRISP

No. 108 PC.

Case below: 21 N.C. App. 359.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 July 1974.

THOMPSON v. THOMPSON

No. 83 PC.

Case below: 21 N.C. App. 215.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

UTILITIES COMM. v. TELEGRAPH CO.

No. 79 PC.

Case below: 21 N.C. App. 182.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

UTILITIES COMM. v. TELEPHONE CO.

No. 103 PC.

Case below: 21 N.C. App. 408.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 July 1974.

WILLIAMSON v. AVANT

No. 82 PC.

Case below: 21 N.C. App. 211.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.